## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| In re MAX R. and GEORGIA WAGERS, ) | |
| ) | Case No.: 03-24484 |
| Debtors. ) | Chapter 7 |
| ) | |
| CHRISTOPHER J. REDMOND, TRUSTEE, ) | |
| Plaintiff, ) | |
| v. ) | Adv. No. 05-6190 |
| CHRIS E. WAGERS ) | |
| and CHRISTINE E. WAGERS, ) | |
| Defendants. ) | |

### MOTION TO DISMISS PARTY, OR IN THE ALTERNATIVE, MOTION TO QUASH SERVICE OF PROCESS

**COMES NOW** Kristin H. Wagers, by and through counsel, Evans & Mullinix, P.A., and appearing specially and for this motion only, moves the Court to dismiss the action against her with prejudice, or, in the alternative, to vacate and quash the attempted service for the Summons and Complaint which the Trustee against her in this action. In support thereof, Kristin H. Wagers states as follows:

1. On October 23, 2003, the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On October 23, 2005, the Trustee filed this Adversary Action against Chris E. Wagers and Christine A. Wagers.

3. Christine A. Wagers, the named party in this adversary action, is the ex-wife of Chris E. Wagers.

4. The Summons in this adversary action was sent to Christine A. Wagers.

5. By pleading in the Debtors' bankruptcy case, the Trustee had actual notice that Kristin H. Wagers was the current wife of Chris E. Wagers. (See Document No. 68).

6. The Trustee has not named Kristin H. Wagers in this adversary action.

7. The Trustee has not obtained proper service over Kristin H. Wagers.

8. Pursuant to 11 U.S.C. § 546(a)(2), any action or proceeding under Sections 544, 545, 547, 548, or 553 of the Bankruptcy Code must be commenced within two (2) years of the entry of the order for relief.

9. The order for relief in the Debtors' bankruptcy matter was entered on October 23, 2003.

10. The Trustee's Complaint is being brought under Sections 544, 547 and 548. (See ¶¶s 29 and 45 of Trustee's Complaint.)

11. More than two (2) years have passed since the order for relief was entered in the Debtors' bankruptcy matter.

WHEREFORE, Kristin H. Wagers requests:

a. The adversary action against her be dismissed with prejudice;

b. The Trustee take nothing against her by his Complaint; and

c. For such other relief as the Court deems just and proper.

EVANS & MULLINIX, P.A.

s/ Richard C. Wallace
Richard C. Wallace, KS #7536; MO #40899
Timothy J. Muir, KS #21793; MO #57259
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (FAX)
ATTORNEYS FOR KRISTIN H. WAGER

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing was presented this 1st day of December, 2005 to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to Jacob W. Stauffer.

                                                s/ Richard C. Wallace