IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 03-24484-7 |
| MAX R. WAGERS and | ) | |
| GEORGIA A. WAGERS, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CHRISTOPHER J. REDMOND, | ) | |
| Trustee of the Bankruptcy Estate of | ) | |
| Max R. Wagers and Georgia A. Wagers | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 05-6190 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRIS E. WAGERS, and | ) | |
| KRISTIN H. WAGERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS DUCES TECUM

TO: ALL PARTIES AND ATTORNEYS OF RECORD

**YOU ARE HEREBY NOTIFIED** that, pursuant to an agreement of the parties, the depositions of Defendants Chris E. Wagers and Kristin H. Wagers (the "Defendants") will be taken consecutively upon oral examination pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure on **August 11, 2006, commencing at 9:00 a.m.,** before an officer authorized to administer oaths in the State of Kansas at: **Law Offices of Evans & Mullinix, PA, 7225 Renner Rd. Ste. 200, Shawnee, KS 66217** and that the taking of said deposition, if not completed on that day, will be continued from day to day at the same place and between the hours of 9:00 o'clock A.M. and 6:00 o'clock P.M., until completed.

0911419.01

Plaintiff requests that the Defendants produce the following documents on or before August 11, 2006:

1) Any and all documents relating to the Antique Plate Collection referred to in the Trustee's Complaint, including but not limited to, any documents relating to an appraisal of said collection;

2) Any and all documents relating to Defendants' involvement with the Debtors' cattle operations, the Wagers Land & Cattle Company;

3) Any and all documents relating to cattle transferred from the Debtors to the Defendants;

4) Any and all documents relating to the Gooseneck trailer (title no. MO601194), including but not limited to, any documents evidencing any repairs done by the Debtors to the trailer;

5) Any and all documents relating to two hay feeders transferred from the Debtors to the Defendants;

6) Copies of checks written to Debtors by Defendants on Checking Account No. ****542 with Commerce Bank & Trust.

7) Any and all documents relating to any property transferred to the Defendants from the Debtors within two years prior to the Debtors' Petition Date.

8) Any and all documents relating to any property transferred to the Defendants from Curtis and/or Constance Wagers within two years prior to the Debtors' Petition Date.

9) Any and all documents relating to any property transferred to the Defendants from David and/or Mary Kay McConkey within two years prior to the Debtors' Petition Date; and

10) Any and all documents relating to the sale of any equipment of Wagers Land & Cattle Company and/or the Debtors from the date of two years prior to the Debtors' Petition Date to the present.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By:   /s/ Eric J. Howe
      Christopher J. Redmond, KS #7307
      Eric J. Howe, KS FED #77982
      One Hallbrook Place, Suite 350
      11150 Overbrook Road
      Leawood, Kansas 66211-2298
      Telephone: 816/421-4800
      Facsimile: 816/421-0596

*Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

     I hereby certify that I filed the foregoing with the court using the court's CM/ECF system, which will serve electronic notice to the following:

| | |
|---|---|
| Richard C. Wallace | Timothy John Muir |
| Evans & Mullinix, PA | Evans & Mullinix, PA |
| 7225 Renner Road, Suite 200 | 7225 Renner Road, Suite 200 |
| Shawnee, KS 66217 | Shawnee, KS 66217 |
| *Attorney for Defendants* | *Attorney for Defendants* |

and a copy was sent by first-class U.S. mail, properly addressed and postage prepaid, to:

| | |
|---|---|
| Chris E. Wagers | Kristin H. Wagers |
| 5221 Kent Place | 5221 SW Kent Place |
| Topeka, KS 66610 | Topeka, KS 66610 |
| *Defendant* | *Defendant* |

this 6th day of July, 2006.

                                                /s/ Eric J. Howe
                                              Eric J. Howe